

# NUMBER 13-24-00096-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF
## MICHELLE MAPUANA MANN AND JASON R. MANN
## AND IN THE INTEREST OF M.K.M. AND M.M.M., CHILDREN

## ON APPEAL FROM THE 103RD DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's unopposed amended motion to dismiss the appeal. It appears the parties have entered an agreement which resolves the matters at issue in this appeal. Accordingly, appellant seeks the dismissal of this appeal.

The Court having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed amended motion to dismiss the appeal is granted, and the appeal is hereby dismissed.

Costs will be taxed against the party incurring the same. Finally, because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
29th day of August, 2024.